SB-2698-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esq.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Telephone: 856-330-6200
Attorney for: Santander Bank, N.A., as
servicer for Santander Consumer USA Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 26-12391 (JNP) |
| LAKEASHA S. EVANS | Chapter 13 |
| | **OBJECTION TO CONFIRMATION** |

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), a secured creditor of the Debtor, objects to the Debtor's Plan for the following reasons:

A.  The Plan does not deal with/does not mention Santander in regard to Santander's claim for the **2022 Mercedes A- Class**. Santander objects, on the basis that if the Plan were to complete early, and completes before the loan maturity date of the Debtor's secured loan with Santander, there is a risk that the Debtor will take the position that the loan with Santander has been discharged under §1325. To resolve this issue, part 4(f) of the Plan should be revised to state that the claim of Santander is unaffected by the Plan and will not be discharged upon completion of the Plan.

/s/ William E. Craig__

William E. Craig, attorney for
Santander Bank, N.A., as servicer
For Santander Consumer USA Inc.

Date: 4/09/26