UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

LAKEASHA S EVAN

Case No.: 26-12391

AFFIDAVIT OF COMPETENCY

I, Lakeasha S Evan of full age, being duly sworn according to law upon my oath, depose and say:

1. I am the Debtor in the above-captioned bankruptcy proceeding. I am over the age of eighteen (18) years and am fully competent to make this Affidavit and testify in this matter.

2. I have full, direct, and personal knowledge of all the financial affairs, assets, liabilities, income, and expenditures listed in my bankruptcy petition, schedules, and statements.

3. I am of sound mind, fully oriented to time and place, and completely understand the nature, purpose, and legal consequences of filing for bankruptcy protections and testifying in this Court.

4. I have actively reviewed all documents submitted to this Court on my behalf, including the voluntary petition, and I confirm that they are true, accurate, and complete to the best of my knowledge and belief.

5. I am fully capable of understanding the questions asked of me by the Court, the United States Trustee, the Case Trustee, or any creditors, and I possess the mental capacity to provide clear, rational, and truthful testimony regarding my financial situation.

6. I am submitting this statement voluntarily, free from any duress, coercion, or undue influence, and I do not suffer from any mental disease, defect, or cognitive impairment that would affect my legal competency to testify.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct.

_____
Signature of Debtor / Affiant

Date: ___7/9/2026___

AFFIDAVIT OF COMPETENCY - 1

NOTARY ACKNOWLEDGMENT

Subscribed and sworn to before me

this 9ᵗʰ day of July , 20 26.

*Pamela M. Dabney*

NOTARY PUBLIC OF NEW JERSEY

My Commission Expires: 8/16/2027

[Notary Seal]

_____
Attorney Name

PAMELA MILLER DABNEY
NOTARY PUBLIC, STATE OF NEW JERSEY
COMMISSION # 2363231
MY COMMISSION EXPIRES 8/16/2027

AFFIDAVIT OF COMPETENCY - 2