FILE NO. 10648
TAMIKA N. WYCHE, ESQUIRE
WYCHE LAW GROUP, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW006502006

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAKEASHA EVANS | : BANKRUPTCY NO. 26-12391-JNP |
| DEBTOR, | : CHAPTER 13 |
| | : SUBSTITUTION OF ATTORNEY |

The undersigned hereby consent to the substitution of WYCHE LAW GROUP, LLC as Attorney for Debtor in the above-captioned matter.

/s/ Tamika N. Wyche
TAMIKA N. WYCHE, ESQUIRE
Superseding Attorney

/s/ Lakeasha Evans
LAKEASHA EVANS
Pro Se

DATED: August 10, 2026