UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

File #:
Tamika N. Wyche, Esquire
Wyche Law Group, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW 6502006

In Re:

LAKEASHA S. EVANS

Case No.: 26-12391

Judge: JNP

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

☑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

❑ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☑ Motion for Relief from the Automatic Stay filed by Rocket Mortgage LLC, creditor,

A hearing has been scheduled for August 25, 2026, at 11:00 a.m.

OR

❑ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for ______________________________, at __________ __m.

❑ Certification of Default filed by ____________________________, creditor,

I am requesting a hearing be scheduled on this matter.

OR

❑ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❑ Payments have been made in the amount of $ ____________________, but have not been accounted for. Documentation in support is attached hereto.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**: I filed my bankruptcy pro se. I have now obtained an attorney and understand how payments should be made going forward.

❑ Other **(explain your answer)**: ____________________________________
____________________________________________________________
____________________________________________________________

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: August 10, 2026 /s/Lakeasha S. Evans
Debtor's Signature

Date: ________________________ ________________________
Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d),if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**