UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Tamika N. Wyche, Esquire
Wyche Law Group, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW 006502006

In Re:

LAKEASHA S. EVANS

Case No.: 26-12391

Chapter: 13

Adv. No.: ____

Hearing Date: October 7, 2026

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, Satonya Neal :

☐ represent ________________ in the this matter.

☒ am the secretary/paralegal for Tamika N. Wyche, Esquire, who represents Lakeasha S. Evans in the this matter.

☐ am the ________________ in the this case and am representing myself.

2. On August 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

ORDER RESPECTING AMENDMENTS AND MODIFIED CHAPTER 13 PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 12, 2026

/s/Satonya Neal
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attn: Managing Agent<br>SANTANDER CONSUMER USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| William Craig, Esq.<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | Creditor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Lakeview Loan Servicing, LLC<br>c/o Rocket Mortgage, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 75261-9741 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Asaph Abrams, Esq.<br>Aldridge Pite, LLP<br>3333 Camino del Rio South, Ste. 225<br>San Diego, CA 92108 | Creditor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Matthew Fissel, Esq.<br>KML Law Group, P.C.<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106 | Creditor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Steven Eisenberg, Esq.<br>Stern & Eisenberg, PC<br>1581 Main St., Ste. 200<br>The Shops at Valley Square<br>Warrington, PA 18976 | Creditor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attn: Managing Agent<br>TD Bank USA, N.A.<br>C/O Weinstein & Riley, PS<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Marquita McCrary<br>564 Line Street<br>Camden, NJ 08103 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*