UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SB-2698-C
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.

**Order Filed on September 28, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

LAKEASHA S. EVANS

Case No.: 26-12391

Hearing Date:

Judge: JNP

**ORDER PROVIDING THAT SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC. IS UNAFFECTED BY DEBTOR'S PLAN**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 28, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Lakeasha S. Evans
Case No: 26-12391 (JNP)

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Santander Bank, N.A.. as servicer for Santander Consumer USA, Inc. ("Santander"), with the appearance of Tamika N. Wyche, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

1. **That Santander is the holder of a first purchase money security interest encumbering a 2022 Mercedes-Benz A220 bearing vehicle identification number W1K3G4FB4NJ334323.**
2. **That aside from any pre-petition arrears to be paid through the Plan, Santander shall be unaffected by the Debtor's Chapter 13 Plan, and Santander's lien will not be discharged upon completion of the Plan.**