UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SB-2698-C
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.

**Order Filed on September 28, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

LAKEASHA S. EVANS

Case No.: 26-12391

Hearing Date:

Judge: JNP

**ORDER PROVIDING THAT SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC. IS UNAFFECTED BY DEBTOR'S PLAN**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 28, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Santander Bank, N.A.. as servicer for Santander Consumer USA, Inc. ("Santander"), with the appearance of Tamika N. Wyche, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

1. **That Santander is the holder of a first purchase money security interest encumbering a 2022 Mercedes-Benz A220 bearing vehicle identification number W1K3G4FB4NJ334323.**
2. **That aside from any pre-petition arrears to be paid through the Plan, Santander shall be unaffected by the Debtor's Chapter 13 Plan, and Santander's lien will not be discharged upon completion of the Plan.**

United States Bankruptcy Court
District of New Jersey

In re:
Lakeasha S. Evans
Debtor

Case No. 26-12391-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Sep 28, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakeasha S. Evans, 28 Terrace Avenue, Camden, NJ 08105-2645 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| Tamika Nicole Wyche | |

| | |
|---|---|
| | on behalf of Debtor Lakeasha S. Evans admin@wychelawgroup.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8