UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Matteo Weiner, ESQ.
COUNSEL FOR MOVANT
mweiner@sterneisenberg.com
Stern & Eisenberg, PC
1120 Rt. 73
Suite 400
Mt. Laurel, NJ 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:
Lakeasha S. Evans

Debtor(s)

Case Number: 26-12391-JNP

Chapter: 13

Hearing Date: October 6, 2026

Judge: Jerrold N. Poslusny, Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

[ X ] Settled [ ] Withdrawn

Matter: Motion for Relief from Automatic Stay

| | |
|---|---|
| Date: October 7, 2026 | /s/Matteo Weiner, Esq.<br>Matteo Weiner, Esq. |