Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 26−12391−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lakeasha S. Evans
28 Terrace Avenue
Camden, NJ 08105

Social Security No.:
xxx−xx−0806

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 8, 2026.

Dated: October 8, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-12391-JNP
Lakeasha S. Evans Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 08, 2026 Form ID: plncf13 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Lakeasha S. Evans, 28 Terrace Avenue, Camden, NJ 08105-2645 |
| @cr | + | Lakeview Loan Servicing, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| @521327238 | + | Marquita McCrary, 564 Line Street, Camden NJ 08103-1314 |
| @521323778 | | Santander Consumer USA, Attn: Bankruptcy Department, PO Box 9611245, Fort Worth, TX 76161 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 08 2026 21:46:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 521031420 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2026 21:54:13 | Capital One, PO BOX 85015, Richmond VA 23285 |
| 521327235 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2026 21:53:55 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 521205170 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:17 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521327236 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:17 | Macys/Citibank, 5800 S Corporate Pl, Sioux Falls SD 57108 |
| 521052040 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2026 21:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521323773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2026 21:46:00 | Jefferson Capital System, PO Box 7999, Saint Cloud, MN 56302 |
| 521026576 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2026 21:54:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521040858 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 08 2026 21:45:00 | Lakeview Loan Servicing, LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 521211747 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521031421 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 08 2026 21:54:17 | Macy's / CBNA, PO Box 6789, Sioux Falls SD 57117-6789 |
| 521021029 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | Mr. Cooper, PO Box 619097, Dallas, TX 75261-9097 |
| 521323774 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:46:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521026426 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:46:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521323775 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2026 21:53:58 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521323776 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2026 21:53:58 | Resurgent/LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 521323777 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | Rocket Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 521045413 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 08 2026 21:46:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 521323779 | ^ | MEBN | Oct 08 2026 21:42:14 | Stern & Eisenberg, P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 521045639 | | Email/Text: bncmail@w-legal.com | Oct 08 2026 21:45:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 521031422 | + | Email/Text: bncmail@w-legal.com | Oct 08 2026 21:45:00 | TD Bank USA/Target Card, Financial & Retail Services, Mail Stop BT, PO Box 9475, Minneapolis MN 55440-9475 |
| 521327237 | + | Email/Text: bncmail@w-legal.com | Oct 08 2026 21:45:00 | TD Bank/Target, PO Box 1470, Minneapolis MN 55440-1470 |
| 521323780 | + | Email/Text: bncmail@w-legal.com | Oct 08 2026 21:46:00 | Weinstein & Riley, PS, 749 Gateway, Suite G-601, Abilene, TX 79602-0004 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matteo Samuel Weiner | on behalf of Creditor Lakeview Loan Servicing LLC mweiner@sterneisenberg.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| Tamika Nicole Wyche | on behalf of Debtor Lakeasha S. Evans admin@wychelawgroup.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9